**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BRYAN P. JOHNSON**                                                    **CIVIL ACTION**

**VERSUS**                                                                        **NO. 15-3408**

**N. BURL CAIN**                                                          **SECTION: "F"(3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report

and Recommendation of the United States Magistrate Judge, and the failure of any party to file

any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report

and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly,

 **IT IS ORDERED** that the federal application for habeas corpus relief filed by Bryan P.

Johnson is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __2nd__ day of _____June_____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**